DAVID B. BARLOW, United States Attorney (No. 13117)
MATTHEW L. BELL, Assistant United States Attorney (No. 9840)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270
Email: matthew.bell@usdoj.gov

FILED
U.S. DISTRICT COURT

2014 MAY 21  A 9: 48

DISTRICT OF UTAH

DEPUTY CLERK

SEALED

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | Case No. |
| v. | 21 U.S.C. § 841(a)(1), POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE |
| YVAN DE JESUS CENTENO, ARNULFO CALDERON, and TIMOTHY FEDERICO GONZALES, | Case: 2:14-cr-00252 Assigned To : Stewart, Ted Assign. Date : 05/21/2014 Description: USA v. |
| Defendants. | |

The Grand Jury charges:

## COUNT I
**(Possession of Methamphetamine with Intent to Distribute)**

On or about April 19, 2014, in the Central Division of the District of Utah,

**YVAN DE JESUS CENTENO,
ARNULFO CALDERON,
and TIMOTHY FEDERICO GONZALES,**

defendants herein, did knowingly and intentionally possess with intent to distribute a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance; and did aid and abet therein; all in violation of 21 U.S.C. §

841(a)(1) and 18 U.S.C. § 2 and punishable under 21 U.S.C. § 841(b)(1)(C).


A TRUE BILL:


/S/
_____
FOREPERSON of the GRAND JURY


DAVID B. BARLOW
United States Attorney


MATTHEW L. BELL
Assistant United States Attorney


2